## COMMONWEALTH vs. ETHAN B. COLTON.

A statute prohibiting the use of bowling alleys after six o'clock on Saturday afternoons is constitutional.

An indictment or complaint on *St.* 1855, *c.* 429, § 1, for illegally keeping open a bowling alley, need not allege that it was done for gain.

COMPLAINT to the police court of Springfield on the *St.* of 1855, *c.* 429, § 1, alleging that the defendant, at Springfield, on the 14th of July 1855, " with force and arms, was the keeper for the time being of a certain bowling alley there situate, and being the keeper of said alley so as aforesaid, did there and then suffer and permit certain persons to said complainant unknown, to play at and in the said bowling alley after the hour of six o'clock in the afternoon of said fourteenth day of July, the same being Saturday, against the peace of said commonwealth, and the form of the statutes in such cases made and provided."

The defendant, being convicted in the court of common pleas in Hampden, brought the case to this court upon exceptions to the rulings of the presiding judge; and now waived his exceptions, and moved in arrest of judgment for the following reasons :

" 1st. Because the statute under which said complaint is found is unconstitutional and void.

" 2d. Because it is not alleged in said complaint that the defendant suffered or permitted certain persons to play in his bowling alley for hire, gain, reward or profit."

*E. W. Bond,* for the defendant.

*D. W. Alvord,* for the Commonwealth.

BY THE COURT. 1. This complaint is founded on the *St.* of 855, *c.* 429, which imposes a penalty on " the keeper for the time being of any billiard room or table, or of any bowling alley, who shall suffer any persons to play at the same after six o'clock in the afternoon of Saturday, or after ten o'clock in the afternoon of any other day." It is clearly within the power of the legislature to make police regulations as to the hours and

modes of occupying places of amusement, so as to make their use consistent with the peace of the community. The reasons which induced the legislature to make. it penal to suffer any persons to play after certain hours in the evening are not for us to inquire into.

2. The statute does not make hire, gain or reward necessary to the offence, and therefore requires no such allegation in a complaint or indictment thereon.

*Motion in arrest overruled.*